
# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff

DWAYNE CLENS 9596 ½
950 2nd AVENUE
P.GH, PA 15219

**11-0503**

v

Full name, title, and business address of each defendant in this action

1. MICHAEL SALOTTE #4026
   1401 Washington BLVD.
   Pittsburgh, PA 15206

2. RICHARD EWING JR. #4062
   1401 Washington BLVD.
   Pittsburgh, PA 15206

Use additional sheets, if necessary
Number each defendant

**RECEIVED**

APR 1 8 2011

CLERK, U S DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of action

I   Where are you now confined? Allegheny County Jail

   What sentence are you serving? NONE

   What court imposed the sentence? NONE

II   Previous Lawsuits

   A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline)

      1 Parties to this previous lawsuit

         Plaintiffs  N/A

         Defendants  N/A

      2 Court (if federal court, name the district, if state court, name the county) and docket number
         N/A

3. Name of judge to whom case was assigned __N/A__

4. Disposition (for example Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Approximate date of disposition __N/A__

B. Prior disciplinary proceedings which deal with the same facts involved in this action

Where? __N/A__
When? ____
Result ____

III. What federal law do you claim was violated? __My 4th, 8th, & 14th Amendment Rights.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event __May 2nd, 2009__

B. Place of event __City of Pittsburgh (Homewood Neighborhood)__

C. Persons involved--name each person and tell what that person did to you __On the said date, Officer 1. Michael Saldutte shot me with a Glock 22 model pistol, striking me in my upper left thigh, breaking my femur bone. On impact Officer Saldutte was assisted by Officer 2. Richard Ewing, who began choking me in his squad vehicle. After being struck by the hail of bullets (which 1, causing me to fall) I was jumped upon & assaulted by these 2 officers & other unnamed officers__

3. CHIEF NATHAN HARPER
1401 Washington Blvd.
Pittsburgh, Pa 15206

4. City of Pittsburgh
(Mayor Luke Ravenstahl)
City County Building
Pittsburgh, Pa 15210

& placed into handcuffs, while waiting on the ambulance, I was forced to endure pain from our officer pressing in on my gunshot wound to the leg, →

V   Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?   NO

and answer the following questions

A.   Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C   If your answer is YES,

1   What steps did you take? _____

2   What was the result? _____

D   If your answer is NO, explain why not   NO institution.

E   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( )   No (✓)

F   If your answer is YES,

1   What steps did you take? _____

2   What was the result? _____

VI   Relief

State briefly exactly what you want the court to do for you   Make no legal arguments   Cite no cases or statues

I would like these said officers removed from these posts as officers of the law. pag. 2 →

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

PAGE: 2
TOP



During this time, I was subject to here several different slurs & comments about my ethnic background from these said officers & other unknown officers. This continued during my ride to the hospital where I later went unconscious. These officers (Michael Sabatte & Richard Ewing Jr.) acted very unprofessional, & their behavior left me confined to a wheel-chair for 6 months. Going through physical therapy & taking different pre-scribed medications to deal with the situation. Such as nerve damage, pain, depression, & so forth.

3. Chief Nathan E. Harper, & 4. Mayor Luke Ravenstahl failed to train and supervise the city's police officers properly regarding use of force and legal exercise of authority. Failed to investigate any adequate incidents of misconduct and failed to discipline appropriately officers who commit/committed misconduct's. These said city officials allow & allowed the use of excessive force by these and other police officers, without reassessing the situations & circumstances.

Page: 2
Bottom

I would like the City & the Pittsburgh Police's policy's changed regarding the approach of citizens & the use of force during police encounters. Also, money damages regarding the physical & mental disturbances that myself & family have received during this time period.

04-12-11
(Date)

(Signature of Plaintiff)