IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE OWENS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-503 |
| | ) | |
| v. | ) | |
| | ) | Judge Nora Barry Fischer |
| CITY OF PITTSBURGH (MAYOR | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| LUKE RAVENSTAHL), | ) | |
| MICHAEL SALDUTTE, | ) | |
| RICHARD EWING, JR., | ) | |
| PITTSBURGH POLICE CHIEF | ) | |
| NATHAN HARPER | ) | Re: ECF No. 36, 37 |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Courts on April 18, 2011 and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court.

The Magistrate Judge's Report and Recommendation (Doc. No. 37) filed on March 26, 2012, recommended that Defendants' Joint Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(b) be granted. Service was made on all counsel of record and *pro se* Plaintiff Dwayne Owens. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2., the parties had fourteen (14) days from the date of service to file objections to the Report and Recommendation. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 16th day of April, 2012,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss for Lack of Prosecution (Doc. No. 36) filed by Defendants City of Pittsburgh Mayor Luke Ravenstahl, the City of Pittsburgh, City of Pittsburgh Police Officers Michael Saldutte and Richard Ewing, Jr., and Pittsburgh Police Chief Nathan Harper is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 37) of Magistrate Judge Lenihan, dated March 26, 2012, is adopted as the Opinion of the Court.

The clerk shall mark the case **CLOSED**.

BY THE COURT

*/s/ Nora Barry Fischer*
Honorable Nora Barry Fischer
United States District Judge

cc:
All counsel of record
*Via Electronic Mail*

Dwayne Owens
95961
950 2nd Ave.
Pittsburgh, PA 15219
PRO SE